

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1    CHRISTOPHER CHIOU
     Acting United States Attorney
2    District of Nevada
     Nevada Bar Number 14853
3    BIANCA PUCCI
     Assistant United States Attorney
4    501 Las Vegas Boulevard South, Suite 1100
     Las Vegas, Nevada 89101
5    Phone: (702) 388-6336
     Bianca.Pucci@usdoj.gov
6    *Attorneys for the United States of America*

**FILED**

JAN - 7 2022

U.S. MAGISTRATE JUDGE

BY_____

7              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
8

9    UNITED STATES OF AMERICA,          Case No. **2:22-MJ-00009-VCF**

          Plaintiff                     APPLICATION TO SEAL
10
          vs.                           **(Under Seal)**
11

12   KEVON KAMARI GILL,

          Defendant.
13

14        The United States of America, by and through Christopher Chiou, Acting United States

15   Attorney, and Bianca R. Pucci, Assistant United States Attorney, respectfully move this

16   Honorable Court for an Order sealing the Complaint, Probable Cause Affidavit, Arrest

17   Warrant, AO257, this Application, and the Court's Sealing Order, in the above-captioned

18   matter, until such time as this Honorable Court, or another Court of competent jurisdiction,

19   shall order otherwise.

20        Pursuant to LR IA 10-5, the Government requests that the accompanying Complaint in

21   this case be filed under seal. *See generally*, Fed. R. Crim. P. 6(e)(4) (permitting for the sealing of

22   an indictment); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982) (supporting the

23   sealing of a search warrant when there is reasonable cause to believe that providing immediate

24   notification may have adverse results); *Matter of Sealed Affidavit(s) to Search Warrants*, 600 F.2d

                                         1

1   1256 (9th Cir. 1979) (same); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975) (same).

2   In this case, such an order would be appropriate because the Complaint and Affidavit relate to

3   an ongoing criminal investigation into violation(s) of 18 U.S.C. §§ 922(a)(1)(A), 923(a) and

4   924(a)(1)(D) that is neither public nor known to all of the targets of the investigation and its

5   disclosure may alert the targets to the ongoing investigation and pending arrest warrant. Public

6   disclosure of the information in the Complaint might possibly jeopardize the investigation

7   because Defendant Kevon Kamari Gill is not yet in custody. Although Gill is generally aware

8   of the investigation and has spoken with investigators, he is unaware federal charges are being

9   sought against him. If he were to learn of the charges via an unsealed Complaint, he may take

10  evasive measures or destroy potential evidence, or both. Defendant Gill's knowledge that an

11  arrest warrant has been issued against him may also increase risks to law enforcement in

12  apprehending him. Accordingly, there is reason to believe that disclosure of the information

13  will jeopardize the investigation, including by giving Gill an opportunity to flee, destroy or

14  tamper with evidence, change patterns of behavior, or notify confederates.

15          DATED this 7th day of January, 2022.

16                                          Respectfully submitted,

17                                          CHRISTOPHER CHIOU
                                            Acting United States Attorney

18

19                                          _____
                                            BIANCA R. PUCCI
20                                          Assistant United States Attorney

21

22

23

24

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**FILED**

JAN - 7 2022

U.S. MAGISTRATE JUDGE
BY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>KEVON KAMARI GILL,<br><br>               Defendant. | Case No.  2:22-MJ-00009-VCF<br><br>ORDER TO SEAL<br><br>(Under Seal) |

Based on the pending Application of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Complaint, the Probable Cause Affidavit, Arrest Warrant, AO257, the Government's Application, and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

IT IS FURTHER ORDERED THAT the Clerk's Office for the United States District Court for the District of Nevada must release the sealed complaint to the CJA Panel Resource Attorney, who may use the information in the sealed complaint for the sole purpose of securing defense counsel in a timely manner.

IT IS FURTHER ORDERED THAT, on the day of the arrest of the first defendant in this case, the CJA Resource Attorney may provide defense counsel a copy of the sealed complaint.

DATED this ___7th___ day of January, 2022.

HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3