RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Kevon Kamari Gill

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVON KAMARI GILL,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00025-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Kevon Kamari Gill, that the Sentencing Hearing currently scheduled on June 15, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to prepare with Mr. Gill for sentencing and to address the contested enhancements.

　　　　2.　　Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 2nd day of June, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>KEVON KAMARI GILL,<br><br>         Defendant. | Case No. 2:22-cr-00025-APG-DJA<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on June 15, 2023 at the hour of 1:30 p.m., be vacated and continued to August 15, 2023 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 6th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE

3