# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVON KAMARI GILL, aka "Nemo,"<br><br>　　　　　Defendant. | 2:22-CR-025-APG-DJA<br><br>**Final Order of Forfeiture** |

　　　　The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1),(2)(C), and (3)(C) with 28 U.S.C. § 2461(c); based upon the plea of guilty by Kevon Kamari Gill, aka "Nemo," to the criminal offense, forfeiting the property set forth in the Memorandum in Support of Plea and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Kevon Kamari Gill, aka "Nemo," pled guilty. Criminal Indictment, ECF No. 17; Memorandum in Support of Plea, ECF No. 51; Change of Plea, ECF No. 53; Preliminary Order of Forfeiture, ECF No. 54.

　　　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　　　This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 28, 2023, through April 26, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 56-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Personally manufactured firearm, 9mm, purchased by ATF CI on or about November 16, 2021;
2. Approximately four (4) P80 jigs, designed to manufacture a PMF pistol;
3. Approximately one (1) incomplete P80 pistol frame;
4. Multiple 9mm pistol magazines;
5. One Smith & Wesson, M&P 15-22P, .22 caliber, bearing serial number WAA7732, AR style pistol with an attached tan .22 caliber magazine, loaded with approximately nine (9) rounds of 22 LR ammunition, one of which was chambered; and
6. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____August 15_____, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE